# UNITED STATES COURT OF APPEALS
# EIGHTH CIRCUIT

**JAMES ROBINSON, ET AL**
**Appellants**                                                    **Lead Case No 15-1857**

vs.

**LATOYA STEWARD**                                                **Member Case No. 15-1988**
**Appellee**

## APPELLEE MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Comes now, Appellee, by attorney of record for Appellee, Gary D. Bollinger, who moves this Honorable Court for extending the time to file Appellee's brief until September 15, 2015. For grounds therefore Counsel states as follows:

1. Appellee has previously sought one extension, which was granted to September 7.

2. The Java application, used by this court to access CM/ECF, was updated by the Developer yesterday; nevertheless, Counsel remains still unable to directly file this Motion, as he attempted on 9/2/15.

3. Counsel, due to an unforeseen interaction of new prescriptions drugs, was largely incapacitated for about four days last week and has been slow to recover.

4. Counsel, although appearing twice on briefs before this court, has underestimated the complexities of attempting to respond to two separate briefs with opinions and supporting documentation exceeding 600 pages.

5. In light of the aforementioned facts, Counsel needs additional time to prepare and file his Appellee brief.

*Wherefore*, Appellee Counsel moves this Honorable Court for an extension of time in which to file Appellee brief in the above styled appeal up to and through September 15, 2015.

By: /s/ Gary D. Bollinger

Gary D. Bollinger; Bar #27769MO
Attorney for Appellee Steward
3827 Gustine Avenue
St. Louis, MO 63116
Telephone: (314) 771-2889; Fax BY REQUEST: (314) 771-4450
E-mail: attyinfo@bankruptcycenter.com


CERTIFICATE OF SERVICE: By signature below I hereby certify that on 9/2/15, I electronically sumbitted the foregoing to the Case Manager for filing this with the Clerk of the Court, in the above identified circuit, by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system and was served on the date of filling by email by the CM/ECF system upon counsel for each party that has entered appearance in the case and have been admitted to practice before the court or by mailing option if electronic service has been disallowed.


By: /s/ Gary D. Bollinger